```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

JOLIE SIMMONS, INDIVIDUALLY and )
as PERSONAL REPRESENTATIVE of )
the ESTATE OF RACHEL K. CADDY, )
Deceased, )
                                   )
        Plaintiff, )
                                   )
    vs. )   No. 4:06-CV-01849 (CEJ)
                                   )
FOREST LABORATORIES, INC., )
                                   )
        Defendant. )

## **ORDER**

Because this case appears to be similar to those in MDL 1736,

**IT IS HEREBY ORDERED** that the Clerk of Court transfer this case to the Honorable Rodney W. Sippel.

                                                   _/s/ Carol E. Jackson_
                                                 CAROL E. JACKSON
                                                 UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2007.